ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG HAN
California State Bar #191757
MONICA L. MILLER
California State Bar #157695
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:(213) 894-2083/4061
    Facsimile:(213) 894-7819
    Email: chung.han@usdoj.gov
        monica.miller@usdoj.gov

Attorneys for Defendants
U.S. BOP, Harley G. Lappin, Director of the U.S. BOP, Robert McFadden, Regional Director of the U.S. BOP and Francisco J. Quintana, Warden

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF PRISONS;<br><br>HARLEY G. LAPPIN, in his capacity as Director of the United States Bureau of Prisons;<br><br>ROBERT E. McFADDEN, in his capacity as Regional Director of the United States Bureau of Prisons Western Region; and<br><br>FRANCISCO J. QUINTANA, in his official capacity as Warden of USP Victorville,<br><br>    Defendants. | NO. CV 11-0254 CAS (DTBx)<br><br>[~~PROPOSED~~] **ORDER** |

1  For good cause shown, IT IS ORDERED that the parties Stipulation To
2  Extend Time to Answer or Otherwise Respond to the Complaint is GRANTED.
3  Defendants' shall have up to and including April 28, 2011 to file their response.

5  DATED: <u>March 15</u>, 2011.

*/s/ Christina A. Snyder*
_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE