Adam S. Paris (State Bar No. 190693)
parisa@sullcrom.com
Rory P. Culver (State Bar No. 271868)
culverr@sullcrom.com
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800
*Attorneys for Plaintiff David Bryant*

**[Additional Counsel
Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID BRYANT, | Case No. CV 11-00254-CAS (DTBx) |
| Plaintiff, | (The Hon. Christina A. Snyder) |
| vs. | **JOINT STATUS REPORT** |
| UNITED STATES BUREAU OF PRISONS *et al.* | |
| Defendants. | |

Pursuant to this Court's July 13, 2011 Order, Plaintiff David Bryant and Defendants Federal Bureau of Prisons ("BOP") *et al.* submit this Joint Status Report detailing the current status of the case.

As previously reported to the Court, on December 2, Plaintiff appealed certain of the findings of fact and conclusions of law set forth in the Letter of Findings issued on November 2, 2011 by the Equal Employment Opportunity ("EEO") Officer charged with investigating Plaintiff's administrative complaint and requested an administrative hearing. On January 4, 2012, Administrate Law Judge Ellen K. Thomas of the Executive Office for Immigration Review was appointed to conduct the administrative hearing. On February 2, Judge Thomas issued a Notice of Telephonic Prehearing Conference ("Notice"), which directed Plaintiff and the BOP (the "Parties") to (1) exchange their last best settlement offers; (2) exchange preliminary witness and exhibit lists; (3) enter into stipulations of undisputed facts; (4) prepare a list of disputed facts and issues; and (5) agree upon potential dates for a prehearing telephonic conference in April. In early March, the Parties engaged in settlement discussions and exchanged drafts of documents as contemplated by the Notice. On March 16, the Parties sent letters to Judge Thomas enclosing witness and exhibit lists, a stipulation of undisputed facts and list of disputed facts and issues. The Parties' objections to evidence are due by March 30. Neither the telephonic prehearing conference nor the administrative hearing has been scheduled.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | Plaintiff and Defendants will continue to keep this Court apprised of any further |
| 2 | developments per this Court's July 13 Order. |
| 3 | |
| 4 | Dated:  March 30, 2012.                    Respectfully submitted, |

      /s/  Adam S. Paris_____
ADAM S. PARIS (SBN 190693)
parisa@sullcrom.com
RORY P. CULVER (SBN 271868)
culverr@sullcrom.com
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

DEBORAH GOLDEN (*pro hac vice*)
Deborah_Golden@washlaw.org
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, DC  20036
Tel.:  (202) 319-1000
Fax:  (202) 319-1010

MATTHEW S. FITZWATER (*pro hac vice*)
fitzwaterm@sullcrom.com
ANDREW E. GELFAND (*pro hac vice*)
gelfanda@sullcrom.com
TIMOTHEA G.P. LETSON (*pro hac vice*)
letsont@sullcrom.com
125 Broad Street, 32nd Floor
New York, New York  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Plaintiff David Bryant*

| | | |
|---|---|---|
| 1 | Dated: March 30, 2012. | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Chung H. Han<br>ANDRÉ BIROTTE JR. |
| 4 | | United States Attorney<br>LEON W. WEIDMAN |
| 5 | | Assistant United States Attorney |
| 6 | | Chief, Civil Division<br>CHUNG H. HAN (SBN 191757) |
| 7 | | Assistant United States Attorney |
| 8 | | chung.han@usdoj.gov<br>MONICA L. MILLER (SBN 157695) |
| 9 | | Assistant United States Attorney |
| 10 | | monica.miller@usdoj.gov<br>Federal Building |
| 11 | | 300 North Los Angeles Street, Room 7516 |
| 12 | | Los Angeles, California 90012<br>Tel.: (213) 894-2083/4061 |
| 13 | | Fax: (213) 894-7819 |
| 14 | | |
| 15 | | *Attorneys for Defendants Federal Bureau of Prisons et al.* |