Adam S. Paris (SBN 190693)
parisa@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Deborah Golden (Admitted *pro hac vice*)
Deborah_Golden@washlaw.org
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Attorneys for Plaintiff David Bryant*

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS; *et al.*,<br><br>    Defendants. | Case No. 11-cv-00254-CAS (DTB)<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT** |

On October 17, 2016, the parties advised the Court that they had reached a tentative settlement of the action. [Dkt. #166.] The Court issued an Order on October 19, 2016, requiring the parties to file a joint status report within sixty days if the documentation regarding the settlement had not been finalized. [Dkt. #167.] On December 19, 2016, the parties filed a joint status report noting that settlement discussions were ongoing. [Dkt. #169.]

The parties have now reached a settlement and are working to finalize the documentation. The parties expect to file such documentation with the Court within 30 days.

Dated: February 17, 2017

Respectfully submitted,

By: /s/ Adam S. Paris

Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Deborah Golden (Admitted *pro hac vice*)
Deborah_Golden@washlaw.org
**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Attorneys for Plaintiff David Bryant*

1

| | |
|---|---|
| Dated: February 17, 2017 | By:  /*s*/  Monica L. Miller |
| | EILEEN M. DECKER<br>United States Attorney<br>DOROTHY A. SCHOUTEN<br>Assistant United States Attorney<br>Chief, Civil Division<br>ROBYN-MARIE LYON MONTELEONE<br>Assistant United States Attorney<br>Chief, General Civil Section<br>MONICA L. MILLER<br>Assistant United States Attorney |
| | *Attorneys for Defendants* |

2