EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
MONICA L. MILLER (Cal. Bar No. 157695)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    Email: monica.miller@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS; *et al.*,<br><br>    Defendants. | No. CV 11-0254 CAS (DTBx)<br><br>**NOTICE OF LODGING AND LODGING OF THE [PROPOSED] ORDER OF DISMISSAL** |

1  TO ALL PARTIES AND TO THE CLERK OF THE ABOVE-ENTITLED
2  COURT:
3  PLEASE TAKE NOTICE that Federal Defendants, hereby lodge with the Clerk of
4  the Court of the United States District Court, for the Central District of California, a
5  [Proposed] Order of Dismissal in the above-captioned action.
6  The [Proposed] Order of Dismissal is attached hereto.
7  DATED: March 7, 2017.

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

/S/ *Monica L. Miller*
MONICA L. MILLER
Assistant United States Attorney

Attorneys for Federal Defendants